# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

United States of America

v.

Imran Awan

| Name | Address | Telephone Number |

Docket No.: CR17-524
PDID: _____

## RELEASE TO PSA'S HIGH INTENSITY SUPERVISION PROGRAM
(REVISED 8/1/11)

YOU ARE HEREBY RELEASED ON THE CONDITIONS INDICATED BELOW. THESE CONDITIONS WILL BE IN EFFECT UNTIL YOUR CASE IS COMPLETED OR UNTIL THEY ARE CHANGED OR AMENDED BY A JUDICIAL OFFICER.

**FILED JUL 25 2017 Clerk, U.S. District and Bankruptcy Courts**

REPORT FOR PROGRAM ORIENTATION AND COMMENCEMENT OF SUPERVISION AND ELECTRONIC MONITORING ON  7/26/17  AT  10 AM
AT 633 INDIANA AVENUE, NW, 10TH FLOOR, SUITE 1020, WASHINGTON, DC.

| | |
|---|---|
| **Community Supervision** (X) | You have been placed into the High Intensity Supervision Program of the Pretrial Services Agency (PSA) and you are to follow all of the rules, regulations, and requirements of the Program as listed in your orientation contract, which is incorporated herein by reference. You are to maintain reporting requirements as directed by PSA, abide by an electronically-monitored curfew (10 pm until 6 am, unless changed by PSA or the Court), abide by all stay away orders, participate in all drug testing/drug program requirements, and abide by all other conditions imposed by the Court and as directed by PSA. Failure to refrain from illegal drug use or to comply with your drug testing condition will result in an assessment for your placement into the Sanction-Based Treatment Program. A violation of your stay away order will result, at a minimum, in your placement in Home Confinement pending an expedited Court hearing. Any other violation of your program requirements will subject you, at a minimum, to the administrative sanctions listed on the reverse side of this order, which include placement in Home Confinement. YOU WILL BE SUPERVISED BY A TYPE OF ELECTRONIC MONITORING DEVICE AS TO BE DETERMINED BY PSA. YOU ARE REQUIRED TO PROPERLY MAINTAIN AND CHARGE THE MONITORING DEVICE EACH DAY. ANY ATTEMPT TO TAMPER WITH OR MASK THE DEVICE'S MONITORING CAPABILITY MAY RESULT IN AN ADDITIONAL CRIMINAL CHARGE. |
| **Home Confinement** ( ) | In addition to the Community Supervision requirements listed above, you are to maintain a 24-hour curfew at the address above for the initial 21 days of Program participation. You may not leave that address without pre-approval from PSA. Upon successful completion of the Home Confinement Phase, you will be placed into the Community Supervision Phase of the Program, unless the Court has ordered otherwise. Any violation of your program requirements will result, at a minimum, in an extension of your 24-hour curfew. Failure to refrain from illegal drug use or to comply with your drug testing condition will result in an assessment for your placement into the Sanction-Based Treatment Program. A violation of your stay away order will, at a minimum, result in continued Home Confinement pending an expedited Court hearing. |
| **STAY AWAY** | You are to stay away from: _____<br>If PSA has reason to believe that you have violated a stay away condition, you will be placed immediately into Home Confinement and PSA will request that the Court conduct an expedited hearing to address that alleged violation. |
| **OTHER** | Not to possess any passport<br>Not to travel over 50 sq miles |
| **NEXT DUE BACK** | On 8/21/17 in courtroom 6 at 1:45 pm am/pm. If you have any questions about the date, time or location, call the Pretrial Services Agency at (202) 220-5530. | Your Attorney: Jesse Winograd 513 Capitol Ct NE 3rd Flr DC, 2002   202-408-5400 |

IMPORTANT: YOU MUST MAINTAIN YOUR RESIDENCE AT THE ADDRESS YOU PROVIDED ABOVE. YOU CANNOT CHANGE YOUR RESIDENCE WITHOUT PRIOR NOTIFICATION TO AND THE APPROVAL OF THE COURT OR THE PRETRIAL SERVICES AGENCY. YOU MUST IMMEDIATELY NOTIFY PSA OF ANY CHANGE OF EMPLOYMENT OR OTHER CHANGE THAT MAY IMPACT ANY OTHER RELEASE CONDITION.

Defendant's Signature: _____

Witnessed by: _____

Date: 7/25/17

"I understand the penalties that may be imposed on me for willful failure to appear, for violation of any conditions of release, and I agree to comply with the conditions of my release and to appear as required."

(title or Agency) PSA

SO ORDERED: _____
Signature of Judicial Officer

**YOU ARE NOT TO COMMIT ANY CRIMINAL OFFENSE NOR VIOLATE ANY CONDITION OF THIS RELEASE ORDER - A REARREST FOR ANY OFFENSE BASED UPON PROBABLE CAUSE MAY BE GROUNDS FOR REVOKING YOUR RELEASE**

1. It is a criminal offense under 18 U.S.C. § 3146 if you the defendant, after having been released, knowingly fail to appear as required by the conditions of release or to surrender for the service of a sentence pursuant to a court order. If you were released in connection with a charge of, or while awaiting sentence, surrender for the service of a sentence, or appeal or certiorari after conviction, for:
   a) an offense punishable by death, life imprisonment or for a term of fifteen years or more, you shall be fined not more than $25,000 or imprisoned for not more than ten years, or both;
   b) an offense punishable by imprisonment for a term of five years or more, you shall be fined not more than $10,000 or imprisoned for not more than five years, or both;
   c) any other felony, you shall be fined not more than $5,000 or imprisoned for not more than two years, or both;
   d) a misdemeanor, you shall be fined not more than $2,000 or imprisoned for not more than one year, or both.

   **A TERM OF IMPRISONMENT IMPOSED FOR FAILURE TO APPEAR OR SURRENDER SHALL BE CONSECUTIVE TO THE SENTENCE OF IMPRISONMENT FOR ANY OTHER OFFENSE.**

2. The commission of any offense while on pretrial release may result in an additional sentence upon conviction for such offense to a term of imprisonment of not more than ten years, if the offense is a felony; or a term of imprisonment of not more than one year, if the offense is a misdemeanor. **This sentence shall be consecutive to any other sentence and must be imposed in addition to the sentence received for the offense itself.**

**ADMINISTRATIVE SANCTIONS FOR VIOLATIONS OF THE RULES AND REQUIREMENTS OF THE HIGH INTENSITY SUPERVISION PROGRAM**

The Court has placed you in the High Intensity Supervision Program administered by the Pretrial Services Agency (PSA). You will be assigned to a Pretrial Services Officer and you will receive an orientation as to the rules, regulations, and other requirements of the High Intensity Supervision Program. You will be given a contract outlining these rules, regulations, and other requirements of the Program and will also receive other orientation documents and directions for maintaining and charging the electronic monitoring device that PSA will utilize for supervising your conditions of release. You must sign the contract indicating you will abide by the rules, regulations, and requirements of the Program.

As noted above, any violation of any of your conditions of release may result in a warrant for your arrest, revocation of your release, an order for your detention, and/or prosecution of you for contempt of Court pursuant to 18 U.S.C. § 1348. In addition, PSA may impose the following sanctions for violating any conditions of release or of the rules, regulations, or other requirements of the Program:

If you have been placed in the COMMUNITY SUPERVISION PHASE of the Program, ANY violation of the rules, regulations, or other requirements of the Program will subject you, depending upon the nature of the violation, to one of the following sanctions: more restrictive curfew hours; an increase in reporting requirements; and/or placement in the Home Confinement Phase of the Program for up to 21 days or longer. Subsequent violations could result in an immediate notification to the Court with a request that a hearing be held to consider revocation of your release conditions.

If you have been placed in the HOME CONFINEMENT PHASE of the Program, ANY violation of the rules, regulations, or other requirements of the Program will subject you to continued placement in the Home Confinement Phase of the Program for additional periods of time up to continuous Home Confinement. In addition, immediate notification will be made to the Court of your violation, which could include a request that a hearing be held to consider revocation of your release conditions.

Throughout your participation in the High Intensity Supervision Program, PSA will submit to the Court cumulative weekly reports regarding any violations of the rules, regulations, and requirements of the Program. As noted above, if you have been placed in Home Confinement, PSA will notify the Court immediately of each violation that you commit.