IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

v.

IMRAN AWAN,

          *Defendant.*

Case No: 1:17-mj-00524-DAR

FILED
JUL 2 6 2017
Clerk, U.S. District and Bankruptcy Courts

## ORDER

AND NOW upon consideration of Defendant's Unopposed Motion to Modify Conditions of Release, *and with the approval of Pretrial Services,* it is hereby:

**ORDERED** that the Motion is **GRANTED**, and it is

**FURTHER ORDERED** that the conditions of release in this case will be changed to reflect the condition that Mr. Awan's conditions of release are modified so that he may reside with his brother at the original address listed in his pre-trial services report.

It is **SO ORDERED** this the 26th day of July, 2017.

_____
Judge Deborah A. Robinson

Copies to: All counsel of record