**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>v.<br><br>**IMRAN AWAN,**<br><br>*Defendant.* | **Case No: 1:17-mj-00524-DAR** |

## ORDER

**AND NOW** upon consideration of Defendant's Motion for Return of Property and any opposition thereto, it is hereby:

**ORDERED** that the Motion is **GRANTED**, and it is

**FURTHER ORDERED** that the government return the United States Currency seized from Mr. Awan at the time of his arrest.

It is **SO ORDERED** this the _____ day of _____, 2017.

_____
Judge Deborah A. Robinson

Copies to: All counsel of record